UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | ) | Chapter 13 |
| Devin G. Tomaseski | ) | Case No. 14-10337 BLS |
|    Debtor(s) | ) | |

2nd AMENDED CHAPTER 13 PLAN (9/25/14)

**NOTICE** *TO ALL CREDITORS THAT THIS PLAN AND ALL OF ITS PROVISIONS ARE SUBJECT TO DEL.BANKR.L.R. 3023-1*

The future earnings of the debtor are submitted to the supervision and control of the Court and the Debtor'(s) employer shall pay to the trustee the sum of $1371.00  monthly for 4  months and $795 for 56 months (60).*

From the payment so received, after deduction of allowed Trustee's commission, the Trustee shall make disbursements as follows:

   1. Full payment in deferred cash payments of all claims entitled to priority under 11 U.S.C. Section 507.

   (A)  Debtor(s) Counsel Fees: $4000 + $24800 *(post-petition work by lodestar time method)-- paid pro rata with
   (B)  Priority Taxes: N/A
   (C)  Other Priority or Administrative Expense: DSO claim set by separate Stipulation & Order, paying Wife-H.L.Robbie, a total net claim of $14547 in equal payments of $242.45 for the 60 months of this plan. Upon final payment, the Alimony claim will be terminated as long as Wife has also received 60 months of current Alimony payments ($800/mth) directly as Stipulated Order provides.

   2. Pro Rata with dividends to priority creditors, holders of allowed secured claims shall retain the liens securing such claims and shall be paid as follows:

   (A) Long term or mortgage debt - NOTHING to be paid directly, to Citimortgage on the home 2625 Waltham Court. Debtor surrenders all interest in full satisfaction to the mortgage companies with liens.**
   (A1) Long term or mortgage debt - NOTHING to be paid directly, to Bank of America on the home 2625 Waltham Court. Debtor surrenders all interest in full satisfaction to the mortgage companies with liens. **
   (A2) Long term or mortgage debt - NOTHING to be paid directly, to Bank of America on the home 236 Murphy Drive. Debtor surrenders all interest in full satisfaction to the mortgage companies with liens. **

**\*\* *This section of the plan specifically incorporates all of the provisions affecting mortgage claims as set forth in Del. Bankr.L.R. 3023-1(b) and the parties shall be so governed.*

   (B) Secured Vehicle debt (cramdown)- Pro-Rata Payments to: N/A
   (C) Secured Vehicle Debt (910)-Pro-Rata Payments to: N/A SEE changes to Page 2 --vehicle is being surrendered to Wells Fargo.

CHAPTER 13 PLAN

    (D) Other secured debt(s): N/A except as listed otherwise herein

    3. SURRENDER- Secured Collateral to: (A)Capital One on the 2011 Yamaha Cycle. <u>(B)Wells Fargo on the 2012 Toyota Tundra.</u> Debtor(s) abandons such property and agrees that the Automatic Stay under 11 U.S.C. Section 362 is terminated as to the property and any interest in the property. Debtor surrenders all interest in full satisfaction of the claim.
    The real Property as listed in paragraph 2(A-A2)--shall also be surrendered under this section.

    4. Subsequent to dividends to Priority and Secured creditors, dividends to allowed non-priority general unsecured creditors shall be distributed as follows:

    General unsecured creditors will be paid [ ]a dividend of 100% of their allowed claim or [ ] a pro rata dividend of 1._____ BIOC or 2._____ Disp. Income x 60 months as calculated under Section 1325(b), or [xx] a pro rata dividend, if any. Est 0%--No BIOC;<form 22

    5. (If applicable) The following leases or executory contracts of the debtor will be treated as follows: N/A

    6. Title to the debtor(s) property shall revest in the Debtor on confirmation of the plan, except for undistributted plan payments held by the Trustee. Upon conversion of this case to Chapter 7, or dismissal, the Trustee is authorized to disburse undistributed plan payments to allowed claimants in accordance with this Plan.

    <u>7. Other special provisions of this Plan: N/A</u>

    8. A proof of claim must be filed in order to share in distributions under the plan. A proof of claim may be filed electronically or as paper. To file an electronic claim, go to the U.S.Bankruptcy Court, District of DE website <u>(http://www.deb.uscourts.gov)</u> and click on the Programs and Services tab, then select filing a claim. Click on "Submit a proof of claim" link and follow instructions. Once the necessary information is entered the form will automatically generate. To obtain a paper claim form, go to U.S.Bankruptcy Court, District of DE website <u>(http://www.deb.uscourts.gov)</u> and click on the Forms tab. Select all forms from the drop down menu, then select B10-proof of Claim. Completed paper claims should be delivered or mailed to United States Bankruptcy Court, Attn: Claims, 824 Market Street, 3rd floor, Wilmington, Delaware 19801. (Copies should be mailed to Erin K. Brignola, Esquire, 30 Fox Hunt Drive, Fox Run Shopping Center,Bear, DE 19701).

Dated: _9/25/14_          _Debtor's Signature on file._
                                                  Debtor's Signature

_Attorney for Debtor(s)_